Nov. Term,
1859.

Smith
v.
Johnson.

*Per Curiam.*— The judgment is reversed with costs. Cause remanded, &c.

*D. M'Donald* and *A. G. Porter*, for the appellant.

*S. Judah*, for the appellees.

---

SMITH and Others *v.* JOHNSON.[*]

*Friday,*
*December 2.*

APPEAL from the *Vigo* Circuit Court.

*Per Curiam.*— We think the judgment in this case must be reversed, and the cause remanded for a further trial, for

---

[*] This case was first decided *May* 27, 1857. A petition for a rehearing, filed on the 15th of *June*, of that year, was granted.

error in the Court below in refusing instructions to the jury. We think there was some evidence to which the instruction refused might have been applicable; and the case is not so clear on the evidence as to authorize us to decide the case upon [it], regardless of the error of the Court above stated.

The judgment is reversed with costs. Cause remanded, &c.

*J. P. Usher*, for the appellants.

*S. B. Gookins*, for the appellee.